UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NANCY ANN ASHENHURST,

    Plaintiff,

                                                              Civil No. 07-10082
                                                               Hon. John Feikens

    v.

27TH DISTRICT COURT,
JUDGE RANDY KALMBACH,
KATHERINE DRUSKINAS,
DENISE THIVERGE, and ATTORNEYS

    Defendants.
_____/

**OPINION AND ORDER**

Plaintiff Ashenhurst objects to the Report and Recommendation of the magistrate. The Defendants responded and Plaintiff replied. E.D. Mich. L. R. 72.1(d). It is apparent from the filings that Plaintiff has failed to state a claim upon which relief may be granted. Therefore, I adopt in full the Report and Recommendation of the Magistrate Judge and DISMISS with prejudice Plaintiff's Complaint under 28 U.S.C. § 1915(e)(2)(B)(ii). **IT IS SO ORDERED.**

Date: <u>April 16, 2007</u>                          s/John Feikens
                                                          United States District Judge

---

Proof of Service

I hereby certify that the foregoing order was served on the attorneys/parties of record on April 16, 2007, by U.S. first class mail or electronic means.

                                      s/Carol Cohron
                                      Case Manager